**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| YULE HOBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-01147-JSD |
| | ) |
| STEPHEN R. CLARK, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Self-represented Plaintiff Yule Hobson commenced this civil action on July 29, 2025. (ECF No. 3). On August 5, 2025, the Court denied Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. (ECF No. 4). The Court ordered Plaintiff to either pay the full filing fee or submit an amended Application. (*Id*.) The Court cautioned Plaintiff that his failure to timely comply with the Order would result in the dismissal of the case without further notice. (*Id*.) Plaintiff's response was due by September 4, 2025.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so.[1] Plaintiff was given meaningful notice of what was expected, he was cautioned that his case would be dismissed if he failed to timely comply, and he was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's August 5, 2025 Order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control

---

[1] Plaintiff filed a supplement to his complaint on August 25, 2025, which was not responsive to the Court's Order and was largely incomprehensible. (ECF. No. 5).

necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this ___26th___ day of September, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE